# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DOUGLAS ROBERT DOAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0678

_____

August 21, 2024

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender, and Lee Adam Cohen, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.